# EXHIBIT C

**From:** Dave Muchow dmuchow@muchowlaw.com
**Subject:** RE: Russian American Organized Crime Case
**Date:** April 30, 2013 at 8:35 PM
**To:** Dave Muchow dmuchow@muchowlaw.com, Hanratty, Robert J. Robert.Hanratty@ic.fbi.gov
**Cc:** Penza, John F. John.Penza@ic.fbi.gov, Gaeta, Michael J. Michael.Gaeta@ic.fbi.gov, Wilson, Alexander (USANYS) 3 Alexander.Wilson@usdoj.gov, Fischman, Harris (USANYS) Harris.Fischman@usdoj.gov



Agent Hanratty – Attached, per your request is Local Energy Technologies' (LET's) bank statement showing the wire in transaction of the $100,000 investment by LET Investors Group, LLC to LET  I understand this wire transfer came from Noah Siegel.  No other funds have been received from that group or any of the individuals in that group.

Per our conversation yesterday, I am pleased to confirm that my client Local Energy Technologies, LLC will continue to operate in the normal course of business except that it will not return any funds to LET Investors Group LLC or their members without checking with you first.

Regards, Dave Muchow



**David J. Muchow, PLC**
Attorney at Law
4449 N. 38 St.
Arlington, VA 22207
dmuchow@muchowlaw.com
Ph:  703.625.4115  Fx: 703.536.7125
www.muchowlaw.com

   "In the end, the great truth will have been learned, that the quest is greater than what is sought, the effort finer than the prize...or rather, that the effort is the prize and the victory cheap and hollow were it not for the rigor of the game."  Justice Benjamin N. Cardozo, U.S. Supreme Court.  "I love the Universe, there are so many fun things to do!"  Zoe Schwager, Age 2.
   This e-mail is subject to attorney client privilege, proprietary and confidential, and subject to any existing confidentiality agreements.  If you are not the intended recipient, please contact muchow@muchowlawcom; 703.625.4115. Circular 230 Notice: In compliance with U.S. Treasury Regulations, please be advised that any tax advice given herein (or in any attachment) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein.

**From:** Dave Muchow [mailto:dmuchow@muchowlaw.com]
**Sent:** Monday, April 29, 2013 5:32 PM
**To:** 'Dave Muchow'; 'Hanratty, Robert J.'
**Cc:** 'Penza, John F.'; 'Gaeta, Michael J.'; 'Wilson, Alexander (USANYS) 3'; 'Fischman, Harris (USANYS)'

**Subject:** RE: Russian American Organized Crime Case

Agent Hanratty:

Confirming your call to me this afternoon – I'm pleased to provide you with the following information which we hope will be helpful to your investigation:

1. You asked for the bank account number, date, and bank into which the $100K check from Mr. Noah Siegel on behalf of the LET Investors Group, LLC (NY Investors) was deposited by Local Energy Technologies, LLC (LET).  I will ask LET's CEO, Luke Schoenfelder, who is currently a student in London for that.  The NY investors had one Board seat out of four on LET's Board of Directors and Mr. Hirsch typically acted as the NY Investors' representative.
2. Attached, FYI is a list of the members who were the NY Investors.
3. I asked if you could tell LET, when  appropriate, whether any of the funds LET received were from "tainted" sources.  You mentioned  that LET is a "victim" in this matter and that you might be able to determine whether the funds were tainted once you have reviewed the bank information from LET.
4. You indicated that you might be interested in further information on the NY Investors – I suggested that you contact Mr. Schoenfelder – his cell phone is 707.371.0041 and he will be back in the country in the DC area around May 15.
5. You requested that for the time being, no funds be returned to the NY investors.

Regards, Dave Muchow



**David J. Muchow, PLC**
Attorney at Law
4449 N. 38 St.
Arlington, VA 22207
dmuchow@muchowlaw.com
Ph:  703.625.4115  Fx: 703.536.7125
www.muchowlaw.com

  "In the end, the great truth will have been learned, that the quest is greater than what is sought, the effort finer than the prize...or rather, that the effort is the prize and the victory cheap and hollow were it not for the rigor of the game."  Justice Benjamin N. Cardozo, U.S. Supreme Court.  "I love the Universe, there are so many fun things to do!"  Zoe Schwager, Age 2.
   This e-mail is subject to attorney client privilege, proprietary and confidential, and subject to any existing confidentiality agreements.  If you are not the intended recipient, please contact

muchow@muchowlawcom; 703.625.4115. Circular 230 Notice: In compliance with U.S. Treasury Regulations, please be advised that any tax advice given herein (or in any attachment) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein.

**From:** Dave Muchow [mailto:dmuchow@muchowlaw.com]
**Sent:** Saturday, April 27, 2013 8:59 PM
**To:** 'Hanratty, Robert J.'
**Cc:** 'Penza, John F.'; 'Gaeta, Michael J.'; 'Wilson, Alexander (USANYS) 3'; 'Fischman, Harris (USANYS)'
**Subject:** RE: Russian American Organized Crime Case

Thank you.
Luke Schoenfelder, CEO of Local Energy Technologies, LLC and I will be pleased to assist.
My cell is 703.625.4115.

Regards, Dave Muchow



**David J. Muchow, PLC**
Attorney at Law
4449 N. 38 St.
Arlington, VA 22207
dmuchow@muchowlaw.com
Ph:  703.625.4115  Fx: 703.536.7125
www.muchowlaw.com

   "In the end, the great truth will have been learned, that the quest is greater than what is sought, the effort finer than the prize...or rather, that the effort is the prize and the victory cheap and hollow were it not for the rigor of the game."  Justice Benjamin N. Cardozo, U.S. Supreme Court.  "I love the Universe, there are so many fun things to do!"  Zoe Schwager, Age 2.
   This e-mail is subject to attorney client privilege, proprietary and confidential, and subject to any existing confidentiality agreements.  If you are not the intended recipient, please contact muchow@muchowlawcom; 703.625.4115. Circular 230 Notice: In compliance with U.S. Treasury Regulations, please be advised that any tax advice given herein (or in any attachment) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein.

**From:** Hanratty, Robert J. [mailto:Robert.Hanratty@ic.fbi.gov]
**Sent:** Saturday, April 27, 2013 11:37 AM
**To:** 'dmuchow@muchowlaw.com'
**Cc:** Penza, John F.; Gaeta, Michael J.; Wilson, Alexander (USANYS) 3; Fischman, Harris (USANYS)
**Subject:** Re: Russian American Organized Crime Case

**Subject:** Re: Russian American Organized Crime Case

Mr. Muchow,

Thank you for reaching out. We will contact you later in the week to get the specifics of the defendants investments.

Thank you,

Robert Hanratty
Special Agent
NY Eurasian Organized Crime Task Force
212-384-3397

---

**From:** NY
**To:** Gaeta, Michael J.; Hanratty, Robert J.; Penza, John F.
**Sent:** Sat Apr 27 11:20:47 2013
**Subject:** FW: Russian American Organized Crime Case

See email to NYO from today.

**Federal Bureau of Investigation -
New York Division**
26 Federal Plaza
New York, NY 10278
Phone: (212) 384-1000
Fax: (212) 384-4073 / 4074
E-mail: newyork@fbi.gov

---

**From:** Dave Muchow [dmuchow@muchowlaw.com]
**Sent:** Saturday, April 27, 2013 9:39 AM
**To:** NY
**Subject:** Russian American Organized Crime Case

Thank you for taking my call this morning.

I am the General Counsel to Local Energy Technologies, LLC (LET) a Virginia limited liability company.  Around 8:15 AM this morning (4/27/13) I received a phone call from the President of LET who saw the press release from the NY Field Office that 34 persons had been charged with operating a money laundering operation.

We were shocked to see that two of the individuals (Nicholas Hirsch and Jonathan Hirsch) have the same names as two of the members of LET Investors Group, LLC, a NY LLC, which invested $100,000 in LET when LET was formed in July 2012.  LET is a small startup company, pre revenue, developing more efficient billing systems for electric power companies.

I immediately called your office to alert you to this in case it is of any value to your investigation.   LET would be pleased to cooperate with you if we can be of any assistance.

We have no knowledge of any of illegal activities.  Because LET could possibly be a victim I  understand that you do not provide your name at this stage, but I  would appreciate it you could provide a point of contact for us with the FBI at an appropriate time.

Please do not hesitate to contact me if you have any questions of we can be of any assistance.  As you can imagine this is quite a shock to my client.

Regards, Dave Muchow



**David J. Muchow, PLC**
Attorney at Law
4449 N. 38 St.
Arlington, VA 22207
dmuchow@muchowlaw.com
Ph:  703.625.4115  Fx: 703.536.7125
www.muchowlaw.com

   "In the end, the great truth will have been learned, that the quest is greater than what is sought, the effort finer than the prize...or rather, that the effort is the prize and the victory cheap and hollow were it not for the rigor of the game."  Justice Benjamin N. Cardozo, U.S. Supreme Court.  "I love the Universe, there are so many fun things to do!"  Zoe Schwager, Age 2.
   This e-mail is subject to attorney client privilege, proprietary and confidential, and subject to any existing confidentiality agreements.  If you are not the intended recipient, please contact muchow@muchowlawcom; 703.625.4115. Circular 230 Notice: In compliance with U.S. Treasury Regulations, please be advised that any tax advice given herein (or in any attachment) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein.



```
1811 SOUTH AVE

ROCHESTER NY 14620


         3300887268          ANALYSIS CHECKING

         PREVIOUS BALANCE    7-12-12                    .00
         +DEPOSITS/CREDITS         1            100,000.00
         -CHECKS/DEBITS            1              2,900.00
         -SERVICE CHARGE                               .00
         CURRENT BALANCE                         97,100.00

* - - - - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - *
  DATE         TRACER   DESCRIPTION                            AMOUNT
  7-30             45   WIRE IN   120730B6B7HU3R018153       100000.00
                        201221206677;ORG HMS LLC;REF 8
                        1139800

* - - - - - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - -*
  SERIAL #      DATE        AMOUNT    SERIAL #     DATE         AMOUNT
              * 7-31       2900.00

* - - - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - -*
   DATE      BALANCE       DATE      BALANCE      DATE        BALANCE
   7-12                    7-30    100000.00      7-31       97100.00
```

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM