USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATCHABLE, INC., LOCAL ENERGY TECHNOLOGIES, LLC, LUKE SCHOENFELDER, BRIAN JONES,

Plaintiffs,

-against-

BEN STEINER, LET INVESTORS GROUP, LLC, NOAH SIEGEL, JONATHAN HIRSCH, NICHOLAS HIRSCH, GERARD JEFFREY,

Defendants.

19 Civ. 7575 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of the extension of the fact discovery deadline to April 28, 2020, ECF No. 69, the case management conference scheduled for March 10, 2020 is ADJOURNED to **May 18, 2020**, at **11:00 a.m.**

SO ORDERED.

Dated: January 24, 2020
New York, New York

ANALISA TORRES
United States District Judge